# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0019.  EDMOND ROBINSON v. WINGS FINANCIAL CREDIT UNION et al.**

Proceeding pro se, Edmond Robinson has filed an emergency motion seeking to stay the release of funds from the registry of the State Court of Gwinnett County. Robinson's motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) and is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*